# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER PESOTINE, et al.

          Plaintiffs,

v.                               3:14-CV-784
                                (JUDGE MARIANI)
LIBERTY MUTUAL GROUP, INC, et al.

          Defendants.

## ORDER

AND NOW, THIS 25th DAY OF AUGUST 2014, upon consideration of Defendants', Liberty Mutual Group, Inc., and The First Liberty Insurance Corporation, Motion to Dismiss Count III of the Complaint (Doc. 3), and all accompanying briefs and oral argument, **IT IS HEREBY ORDERED THAT** Defendants' motion is **GRANTED**; to wit, Count III is **DISMISSED WITH PREJUDICE**.

Robert D. Mariani
United States District Court Judge